## People of the State of Illinois, Defendant in Error, v. J. Livert Kelly, Plaintiff in Error.

Gen. No. 41,646.

opinion filed June 9, 1941; rehearing denied June 23, 1941. Howard D. Geter and Jos. E. Clayton, Jr., for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''